**STATE of Missouri, Respondent,**

v.

**Sandra M. DALLAS,
Defendant/Appellant.**

**No. ED 103181**

Missouri Court of Appeals,
Eastern District,
DIVISION ONE

FILED: January 10, 2017

Motion for Rehearing and/or Transfer
to Supreme Court Denied
February 28, 2017

Application for Transfer Denied
May 2, 2017

Jessica Hathaway, St. Louis, MO, for Defendant/Appellant.

Chris Koster, Attorney General, Rachel Sara Flaster, Assistant Attorney General, Jefferson City, for Respondent.

Before Robert M. Clayton III, P.J., Mary K. Hoff, J., and Lisa P. Page, J.

## ORDER

PER CURIAM

Sandra M. Dallas (Defendant) appeals from the judgment upon her convictions following a jury trial for three counts of distribution of a controlled substance (in violation of Section 195.211) and one count of involuntary manslaughter in the first degree (Section 565.024). The trial court sentenced Defendant to three consecutive 15–year terms on her distribution convictions, and to a consecutive 7–year term on the manslaughter conviction. We affirm.

We have reviewed the briefs of the parties, the legal file, and the record on appeal and find the claims of error to be without merit. No error of law appears. An extended opinion reciting the detailed facts and restating the principles of law applicable to this case would serve no jurisprudential purpose. We have, however, provided a memorandum opinion for the use of the parties setting forth the reasons for our decision. We affirm the judgment pursuant to Rule 30.25(b).